==================================================================
This memorandum is uncorrected and subject to revision before
publication in the New York Reports.
------------------------------------------------------------------
No. 100  SSM 4
The People &c.,
            Respondent,
        v.
Jeffrey Mercado,
            Appellant.

Submitted by Claudia Flores, for appellant.
Submitted by Allen J. Vickey, for respondent.

MEMORANDUM:

The order of the Appellate Division should be affirmed.  The
determinations regarding founded suspicion of criminality
justifying a request to search the car, and then the trunk, and
defendant's consent to a search of the vehicle, all involve mixed
questions of law and fact.  The determinations are supported by

- 1 -

the record, and are beyond further review (see People v Valerio,

95 NY2d 924, 925 [2000]).

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

On review of submissions pursuant to section 500.11 of the Rules,
order affirmed, in a memorandum.  Chief Judge Lippman and Judges
Read, Pigott, Rivera, Abdus-Salaam, Stein and Fahey concur.


Decided March 26, 2015